PIKE, Deceased, Appellant; UNITED STATES MORTGAGE AND TRUST COM-·
PANY and Others, Respondents.— Decree affirmed, with costs.   No opinion.
Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

THE ROBERT DOLLAR COMPANY, Respondent, v. CANADIAN CAR AND
FOUNDRY COMPANY, LIMITED, and Others, Impleaded with AGENCY OF
CANADIAN CAR AND FOUNDRY COMPANY, LIMITED, Appellant.— Order
affirmed, with ten dollars costs and disbursements, with leave to defend-
ant to withdraw demurrer and answer on payment of costs.   No opinion.
Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

HAROLD A. HOWARD and Another, as Trustees, etc., Respondents, v.
MAXWELL-BRISCOE MOTOR COMPANY, Appellant.— Order affirmed, with
ten dollars costs and disbursements.   No opinion.   Present — Clarke, P. J.,
Scott, Smith, Davis and Shearn, JJ.

LEO STEIN and Others, Copartners, etc., Appellants, v. CHEMICAL
IMPORTING AND MANUFACTURING COMPANY, Respondent.— Order
affirmed, with ten dollars costs and disbursements, with leave to plaintiffs
to withdraw demurrer on payment of costs.   No opinion.   Present —
Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

ELIZABETH KELLY, Respondent, v. INTERBOROUGH RAPID TRANSIT
COMPANY, Appellant.— Judgment and order affirmed, with costs.   No
opinion.   Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

JAMES M. McCUNN, Respondent, v. DANIEL G. STEBBINS, Appellant.
— Determination affirmed, with costs.   No opinion.   Present — Clarke,
P. J., Scott, Smith, Davis and Shearn, JJ.; Clarke, P. J., dissented.

ROBERT LEE FORBES, Appellant, v. CHARLES L. DIMON and Others,
Individually, etc., Respondents, Impleaded with Another.— Judgment
affirmed, with costs.   No opinion.   Present — Clarke, P. J., Scott, Smith,
Davis and Shearn, JJ.

MARIE STEINBERG, Appellant, v. CASUALTY COMPANY OF AMERICA,
Respondent.— Order affirmed, with ten dollars costs and disbursements.
No opinion.   Present — Clarke, P. J., Laughlin, Scott, Davis and
Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK,
WESTCHESTER AND BOSTON RAILWAY COMPANY, Appellant, v. LAWSON
PURDY and Others, Respondents.— Order affirmed, with costs, on the
authority of People ex rel. N. Y. C. & H. R. R. R. Co. v. Woodbury
(208 N. Y. 167).   Present — Clarke, P. J., Laughlin, Scott, Davis and
Shearn, JJ.

SOPHIA LEPPANEN, as Administratrix, etc., Appellant, v. IRVEL
REALTY COMPANY, Respondent. — Judgment affirmed, with costs.   No
opinion.   Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn,
JJ.; Laughlin, J., dissented.

CARL HARRIS, an Infant, etc., Appellant, v. THE CITY OF NEW YORK,
Respondent.— Judgment affirmed, with costs.   No opinion.   Present —
Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

TASHJIAN CARPET CLEANING COMPANY v. PIERRE WARNY and
Others.— Motion denied, with leave to renew as stated in order.   Present
— Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.